Judge Martinez

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                              AT SEATTLE

10  UNITED STATES OF AMERICA,        )
                                     )    NO.    CR07-29RSM
11                     Plaintiff,    )
                                     )
12            v.                     )    ORDER
                                     )    TO SEAL
13  CHIEM TONG,                      )
                                     )
14                     Defendant.    )
    _____)

15

16        Pursuant to CrR 32 (c)(1)(A), Local Rules W.D. Wash., the government's request

17  that the United States' Memorandum and all responses and replies in the above-captioned

18  matter be sealed, is hereby GRANTED.

19        DATED this _5_ day of  March, 2008.

20

21

22

23        RICARDO S. MARTINEZ
          UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Order to Seal/
United States v. Chiem Tong, CR07-29RSM–1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970